# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Able Home Health, LLC

                Plaintiff,

v.

                           Case No.: 1:17−cv−02627

                           Honorable John Robert Blakey

John Does 1−10, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 28, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to the filing of the notice of voluntary dismissal [31], this case is hereby dismissed with prejudice as to John Does 1−10 and without prejudice as to defendant, RFuture, Corp. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.